STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHEN I. GOORVITCH (California State Bar #199325)
DAVID L. KIRMAN (California State Bar #235175)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2476
     Facsimile: (213) 894-6269
     E-mail:    Stephen.Goorvitch@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-CR-261-ODW |
|---|---|
| Plaintiff, | |
| v. | ORDER SEALING DEFENDANT'S SENTENCING POSITION (DOCKET ENTRY #35) |
| RAYMOND JOSEPH, | |
| Defendant. | |

     Good cause having been shown, IT IS HEREBY ORDERED that the Clerk's Office shall seal defendant's sentencing position, which is Docket Entry #35.  However, the government is authorized to disclose this pleading in the related case.

IT IS SO ORDERED.

Dated: _April 6, 2015

                              HONORABLE OTIS D. WRIGHT II
                              United States District Judge